UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHUCK PILLON,<br><br>                    Plaintiff,<br><br>    v.<br><br>SCOTT MARLOW,<br><br>                    Defendant. | CASE NO. 2:19-cv-00710-BAT<br><br>**SECOND ORDER DIRECTING PLAINTIFF TO PROVIDE STATUS RE: SERVICE** |

On August 28, 2019, the Court directed Plaintiff Chuck Pillon to provide a status of his efforts to serve the complaint, which he filed against Defendant Scott Marlow. Dkt. 3. As of August 28, 2019, Plaintiff had not yet served the defendant and more than 90 days has passed since the complaint was filed.

On September 9, 2019, Plaintiff responded that he would be filing an amended complaint and would serve the Court and Defendant during the week of September 16, 2019. He has not yet done so. Therefore, Plaintiff is **ORDERED** to explain, by **September 30, 2019**, why he hasn't served the original complaint on Defendant and/or filed an amended complaint and whether he has good cause for needing additional time in lieu of having his case dismissed without prejudice. *See* Fed. R. Civ. P. 4(m).

DATED this 23rd day of September, 2019.

                                                    BRIAN A. TSUCHIDA
                                                  Chief United States Magistrate Judge